Argued March 27, affirmed March 27, petition for rehearing denied April 19, petition for review denied July 17, 1973

STATE OF OREGON, *Respondent, v.* JOSEPH RUDOLPH HARROLD (No. 72 2580), *Appellant.*

507 P2d 1158

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.